PLAN. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03-1341. BAXTER INTERNATIONAL INC. ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03-1541. FLEMING *v.* UNITED STATES; and ARNOLD *v.* UNITED STATES. C. A. 11th Cir. Certiorari before judgment denied.

No. 03-1570. NEW YORK *v.* MATEO. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03-9956. HOLLIS-ARRINGTON *v.* CENDANT MORTGAGE CORP. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03-1028. MIDDLETON, WARDEN *v.* MCNEIL, 541 U. S. 433;

No. 03-1210. JOHNSON *v.* BELL, WARDEN, 541 U. S. 1010;

No. 03-1218. ROANE *v.* NATIONAL CHILDREN'S CENTER, INC., ET AL., 541 U. S. 1030;

No. 03-8007. ENGLISH *v.* BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY, 540 U. S. 1196;

No. 03-8317. AYER *v.* NEW HAMPSHIRE, 541 U. S. 942;

No. 03-8828. HUME *v.* BARTON PROTECTIVE SERVICES, 541 U. S. 992;

No. 03-8839. BARBER *v.* OHIO UNIVERSITY ET AL., 541 U. S. 993;

No. 03-9085. FIELDS *v.* UNITED STATES, 541 U. S. 966;

No. 03-9130. HOLIDAY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 541 U. S. 1014;

No. 03-9173. LEINENBACH, AKA NELSON *v.* UNITED STATES, 541 U. S. 968;

No. 03-9223. HURST *v.* DELAWARE, 541 U. S. 1033;

No. 03–9340. BARNES *v.* UNITED STATES, 541 U. S. 1000; and
No. 03–9662. WILLIAMS *v.* KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER, 541 U. S. 1052. Petitions for rehearing denied.

JUNE 29, 2004

No. 03A1058 (03–11049). BARRAZA *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

JUNE 30, 2004

No. 03–1413. COX, GEORGIA SECRETARY OF STATE *v.* LARIOS ET AL. Affirmed on appeal from D. C. N. D. Ga.

JUSTICE STEVENS, with whom JUSTICE BREYER joins, concurring.

Today we affirm the District Court's judgment that Georgia's legislative reapportionment plans for the State House of Representatives and Senate violate the one-person, one-vote principle of the Equal Protection Clause. The District Court's findings disclose two reasons for the unconstitutional population deviations in the state legislative reapportionment plans. The first was "a deliberate and systematic policy of favoring rural and inner-city interests at the expense of suburban areas north, east, and west of Atlanta." 300 F. Supp. 2d 1320, 1327 (ND Ga. 2004). The second was "an intentional effort to allow incumbent Democrats to maintain or increase their delegation, primarily by systematically underpopulating the districts held by incumbent Democrats, by overpopulating those of Republicans, and by deliberately pairing numerous Republican incumbents against one another." *Id.,* at 1329. The court found that Democratic incumbents "attempted to draw districts that would enhance their own prospects at re-